# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JAMES YOUNGBERG**,

    Plaintiff,

v.                      CASE NUMBER: 5:12-CV-70 (NAM/ATB)

**SNAP-ON, INC., SNAP-ON TOOLS COMPANY, SNAP-ON SECURECORP, INC., SNAP-ON TOOLS COMPANY, LLC, SNAP-ON TOOLS INTERNATIONAL, LLC, SNAP-ON TOOLS INTERNATIONAL, LTD, and SNAP-ON TOOLS MANUFACTURING COMPANY,**

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion (Dkt. No. 44) to dismiss the complaint under Rule 41(b) of the Federal Rules of Civil Procedure is GRANTED. It is further ORDERED that the complaint is dismissed with prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 15th day of August, 2014.

DATED: August 15, 2014

*[signature]*
Clerk of Court

By: s/ Nicole Eallonardo
Deputy Clerk